No. 86–476. RAILWAY LABOR EXECUTIVES' ASSN. *v.* STATEN ISLAND RAILROAD CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–542. ROBINSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–628. KATHY G. J. *v.* ARNOLD D. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 86–634. SANGUINE, LTD. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–644. SELTZER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–649. FLORIDA *v.* DIXON, AKA RATCLIFF; and
No. 86–5847. DIXON *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. Reported below: 487 So. 2d 1195.

No. 86–671. UTSEY *v.* DEPARTMENT OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 86–676. GIBSON ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–688. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* VICKERS. C. A. 9th Cir. Certiorari denied.

No. 86–807. ROBERT K. MORROW, INC., TRUSTEE *v.* AGRI-BEEF CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–809. PAGE *v.* ORANGE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–810. MOSLEY *v.* BARTMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–811. MOSLEY *v.* NOEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–820. HIMMILRIGHT *v.* FOULKS. C. A. 6th Cir. Certiorari denied.